*Ex parte* GRAHAM.

No. 5147.    Opinion Filed November 23, 1915.

(152 Pac. 610.)

*Habeas corpus* by John Graham.    Petition dismissed.

*C. T. Gibson,* for petitioner.

Opinion by WATTS, C. This is an original petition for writ of *habeas corpus* against A. L. Malone, superintendent of the State Orphans' Home at Pryor, Mayes County, Okla., which was filed in the office of the clerk of

this court May 23, 1913, but summons in error has never been issued nor praecipe filed therefor.

We therefore recommend that the same be dismissed for want of prosecution.

By the Court: It is so ordered.